**Order entered January 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01022-CR

**MARCEL LAKEIST WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-42251-U**

## ORDER

The reporter's record in this appeal is past due. When it was not timely filed, we notified court reporter Sasha Brooks by postcard dated November 21, 2019 and directed her to file (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellant had not requested the reporter's record by December 21, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Brooks.

We **ORDER** the reporter's record filed on or before **February 3, 2020**. We caution Ms. Brooks that the failure to file the reporter's record by that date may result in the Court ordering she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, office court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    CORY L. CARLYLE
JUSTICE